CLEVELAND BAR ASSOCIATION *v.* BRENNER.

[Cite as Cleveland Bar Assn. *v.* Brenner (1988), 40 Ohio St. 3d 34.]

(No. D.D. 88-8—Submitted September 8, 1988—Decided December 7, 1988.)

*Don P. Brown, Frank S. Hurd* and *Warren P. Geiger,* for relator.
*William Brenner, pro se.*

*Per Curiam.* This court agrees with the board's findings and its recommendation. Accordingly, respondent is hereby suspended from the practice of law in Ohio for a period of eighteen months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.